# United States District Court
# District of Massachusetts

COREY S. D. WALKER,
    Plaintiff,

v.                              CIVIL ACTION NO. 09-11119-RBC[1]

HAROLD W. CLARKE,
    Commissioner of Correction,
PETER ST. AMAND,
    Superintendent, MCI-Cedar Junction,
ROBERT J. ALMEIDA,
REBECCA DONAHUE,
KURT S. DEMOURA,
MICHAEL P. DELAHOYDE,
ADAM M. SPERLICH,
STEPHEN P. FAGAN,
    Defendants.

# FINAL JUDGMENT

COLLINGS, U.S.M.J.

    The case came on before the Court on the Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (#20). In accordance with the

---

[1] With the parties' consent this case has been reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. § 636(c).

Memorandum and Order entered this date allowing said motion,

    IT IS ORDERED AND ADJUDGED:

Judgment for the defendants dismissing all of plaintiff's claims with prejudice.

No costs.

                                   SARAH ALLISON THORNTON
                                   CLERK OF COURT

                                   By: *Kathleen M. Dolan*
                                   Kathleen M. Dolan
                                   Deputy Clerk

Dated at Boston, Massachusetts
this 23rd day of September, 2010.